UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MATTHEW OAKES, et al.,** | ) | **CASE NO. 5:11CV1006** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **JUDGE SARA LIOI** |
| vs. | ) | |
| | ) | |
| **J.F. BERNARD, INC., et al.,** | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the report and recommendation of the Magistrate Judge in the above-entitled action issued on November 22, 2011. Under the explicit terms of that report and recommendation, and in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court: "Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation." (Doc. 27 at 14-15); *see also* Fed. R. Civ. P. 72; L.R. 72.3. In this case, the fourteen-day period has elapsed, and no objections have been filed. The failure to file written objections to the Magistrate Judge's report and recommendation constitutes a waiver of a *de novo* determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *see also* L.R. 72.3(b).

The Court has reviewed the Magistrate Judge's report and recommendation (Doc. No. 27) and adopts the same. Accordingly, Plaintiff(s)' motion to certify the case as a collective action pursuant to Title 29 U.S.C. § 216(b) of the Fair Labor Standards Act (Doc. 14) is

**GRANTED.** Further, in accordance with the Magistrate Judge's recommendation, counsel shall have 10 days from the date of this order to negotiate the language of the notice.

    **IT IS SO ORDERED**.

Dated: December 21, 2011

                                         **HONORABLE SARA LIOI**
                                         **UNITED STATES DISTRICT JUDGE**